for failure to prosecute in accordance with the rules.

**DEPUY, INC., Plaintiff–Appellant,**

v.

**ZIMMER HOLDINGS, INC. and Zimmer, Inc., Defendants–Cross Appellants.**

No. 06–1011, 06–1033.

United States Court of Appeals, Federal Circuit.

Dec. 28, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**David M. HOOVER, Petitioner,**

v.

**DEPARTMENT OF LABOR, Respondent.[1]**

No. 06–3066.

United States Court of Appeals, Federal Circuit.

Dec. 27, 2005.

ORDER

Order Vacated, See 2006 WL 166354.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.